Zoha Khan, Esq. (SBN: 311288)
Generational Law Group, APC.
301 N. Lake Ave. Suite 600.
Pasadena, CA 91101
Tel: (877) 322-5545
Email: Support@generationallawgroup.com

Attorney for Plaintiff
SABRINA SHAW-GONZALEZ on her behalf,
and on behalf of the Estate of Julian Gonzalez, decedent

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SABRINA SHAW-GONZALEZ on her behalf, and on behalf of the Estate of Julian Gonzalez, decedent <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"); CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES ("CCHCS"); AUNG, in her individual capacity; LEHIL, in his individual capacity; and DOES 1–50, inclusive, <br><br> Defendants. | CASE NO.:  2:26-cv-00463-TLN-CKD <br><br> STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINES BY 45 DAYS; AND ORDER |

Under Local Rule 233, Plaintiff Sabrina Shaw-Gonzalez, by and through her counsel of record, Generational Law Group, APC and Zoha Khan, and Defendants California Department of Corrections and Rehabilitation, California Correctional Health Care Services, Doctor Aung,

1

STIPULATED MOTION FOR ADMINISTRATIVE RELIEF EXTENDING DEADLINES BY 45 DAYS
AND ORDER

and Doctor Lehil, by and through their counsel of record, hereby submit this stipulated motion for administrative relief as follows:

WHEREAS, Plaintiff filed the First Amended Complaint on June 4, 2026;

WHEREAS, Defendants Doctor Aung and Doctor Lehil have waived service pursuant to Federal Rule of Civil Procedure 4(d);

WHEREAS, Plaintiff's counsel intends to file, or has filed, a noticed motion seeking leave to withdraw as counsel of record for Plaintiff;

WHEREAS, Plaintiff has been advised to seek substitute counsel;

WHEREAS, the parties agree that a brief extension of deadlines will avoid potential prejudice to Plaintiff during the transition period and will promote orderly case management;

WHEREAS, no discovery schedule, expert-disclosure deadline, pretrial conference date, or trial date has been set;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court order as follows:

1. All deadlines for Defendants to answer, move, or otherwise respond to the First Amended Complaint are extended by 45 days.

2. Any deadline affected by Plaintiff's counsel's pending motion to withdraw is extended by 45 days.

3. Plaintiff shall use the extension period to seek substitute counsel.

4. This stipulation is made without waiver of any claims, defenses, objections, or arguments by any party.

IT IS SO STIPULATED.

//

//

2

STIPULATED MOTION FOR ADMINISTRATIVE RELIEF EXTENDING DEADLINES BY 45 DAYS AND ORDER

Dated: June 24, 2026

                                    GENERATIONAL LAW GROUP, APC

                                    By: /s/ Zoha Khan
                                    Zoha Khan
                                    Attorney for Plaintiff
                                    Sabrina Shaw-Gonzalez

Dated: June 25, 2026

                                    ROB BONTA
                                    Attorney General of California

                                    By: /s/ Christian M. Georgely
                                    Christian M. Georgely
                                    Deputy Attorney General
                                    Attorneys for Defendants California
                                    Department of Corrections and
                                    Rehabilitation, California Correctional
                                    Health Care Services, Aung, and Lehil

3

STIPULATED MOTION FOR ADMINISTRATIVE RELIEF EXTENDING DEADLINES BY 45 DAYS
AND ORDER

**ORDER**

Good cause appearing, the parties' stipulated motion is GRANTED.

1.      All deadlines for Defendants to answer, move, or otherwise respond to the First Amended Complaint are extended by 45 days.

2.      Any deadline affected by Plaintiff's counsel's pending motion to withdraw is extended by 45 days.

3.      Plaintiff shall use the extension period to seek substitute counsel.

4.      This stipulation is made without waiver of any claims, defenses, objections, or arguments by any party.

IT IS SO ORDERED.

Dated: June 26, 2026

_____
Troy L. Nunley
Chief United States District Judge

4

STIPULATED MOTION FOR ADMINISTRATIVE RELIEF EXTENDING DEADLINES BY 45 DAYS AND ORDER