ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7317
Fax: (916) 324-5205
E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendants Aung, Lehil, California Department of Corrections and Rehabilitation, and California Correctional Health Care Services*

ZOHA KHAN, State Bar No. 311288
Generational Law Group, APC.
301 N. Lake Ave. Suite 600.
Pasadena, CA 91101
Tel: (877) 322-5545
Email:
Support@generationallawgroup.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SABRINA SHAW-GONZALEZ,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:26-cv-00463-TLN-CKD<br><br>**STIPULATED MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE; AND ORDER**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: February 17, 2026 |

Plaintiff Shaw-Gonzalez and Defendants Aung, Lehil, California Department of Corrections and Rehabilitation (CDCR), and California Correctional Health Care Services (CCHCS), under Local Rule 144(a), stipulate and request, as further specified below, the Court continue Defendants' responsive pleading deadlines until after the resolution of Plaintiff's pending Motion to Withdraw as Counsel of Record (ECF No. 17). Defendants anticipate moving to dismiss the First Amended Complaint.[1] Continuing the responsive pleading deadlines until

[1] Defendants CDCR and CCHCS anticipate moving to dismiss on grounds that include but are not limited to Eleventh Amendment immunity.

after the Court resolves the pending motion to withdraw will clarify Plaintiff's representation and, if granted, will allow Plaintiff's new counsel or allow Plaintiff in *pro se* the opportunity to fully brief the opposition to the anticipated motion to dismiss.

Additionally, granting the present stipulated motion will avoid multiple motions to dismiss. Defendants CDCR and CCHCS's current responsive pleading deadline is August 20, 2026. (*See* ECF Nos. 13, 19.) Because Defendants Aung and Lehil waived service on June 4, 2026 (ECF No. 16), in addition to the 45-day continuance of all deadlines (ECF No. 19), Defendants Aung and Lehil's current responsive pleading deadline is September 17, 2026. Continuing Defendants CDCR and CCHCS's responsive pleading deadline to September 17, 2026, will allow Defendants to file a single motion to dismiss and avoid piecemeal briefing on multiple motions to dismiss.

Thus, under Local Rule 144(a), the parties stipulate and request the Court issue an order as follows:

1. Defendants CDCR and CCHCS's current August 20, 2026 responsive pleading deadline is continued to September 17, 2026;

2. If the Court does not resolve the pending motion to withdraw (ECF No. 17) by September 3, 2026, Defendants CDCR, CCHCS, Lehil, and Aung's September 17, 2026 responsive pleading deadline is vacated and continued to 14 days after the Court issues an order resolving the pending motion to withdraw.

/ / /

/ / /

/ / /

Dated: August 17, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

***/s/ Christian M. Georgely***
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendants Aung, Lehil, California Department of Corrections and Rehabilitation, and California Correctional Health Care Services*

Dated: August 17, 2026

Respectfully submitted,

GENERATIONAL LAW GROUP, APC

***/s/ Zoha Khan (as authorized on August 17, 2026)***
ZOHA KHAN
*Attorneys for Plaintiff Shaw-Gonzalez*

**ORDER**

Good cause appearing, the parties' joint motion is GRANTED:

1. Defendants CDCR and CCHCS's current August 20, 2026 responsive pleading deadline is continued to September 17, 2026;

2. If the Court does not resolve the pending motion to withdraw (ECF No. 17) by September 3, 2026, Defendants CDCR, CCHCS, Lehil, and Aung's September 17, 2026 responsive pleading deadline shall be vacated and continued to 14 days after the Court issues an order resolving the pending motion to withdraw.

IT IS SO ORDERED.

DATED: August 17, 2026

Troy L. Nunley
Chief United States District Judge